In the Matter of the Application of GEORGE MCANENY and Others, Constituting the Transit Commission of the State of New York, for a Warrant Committing SAMUEL SHOTKIN to Jail under Section 19 of the Public Service Commission Law.·

*Witnesses — subpœna to appear before Transit Commission — Transit Commission has power to conduct investigation — witness may be subpœnaed under Public Service Commission Law, § 19 — Transit Commission has power under Public Service Commission Law, § 19, subdivision 2, to apply for order of commitment for witness disobeying subpœna.*

Appeal by the petitioners from an order of the Supreme Court, entered in the New York county clerk's office, denying a motion for a warrant committing Samuel Shotkin to jail.

PER CURIAM: Since the decision in *Browne* v. *City of New York* and *Schieffelin* v. *Mills* (241 N. Y. 96, affg. the determination of this court, 213 App. Div. 206), there can be no longer any question as to the authority of the Transit Commission to institute and conduct such an investigation as is here involved, and to subpœna witnesses, as provided by section 19 of the Public Service Commission Law.* Subdivision 2 of section 19 of that statute gives the Commission authority to apply for an order of commitment. The order appealed from should, therefore, be reversed, with ten dollars costs and disbursements, and the motion to commit the respondent granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted.

---

In the Matter of STEPHEN K. REED, Deceased.— Preference granted for January 21, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE LONG ISLAND RAILROAD COMPANY against TRANSIT COMMISSION OF THE STATE OF NEW YORK, etc., and Others.— Preference granted for January 15, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARION BRUNO and Others, as Administrators, etc., v. E. JOSEPH, INC.— Preference granted for February 2, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

METROPOLITAN TRUST COMPANY OF NEW YORK and Others v. JAMES C. BISHOP and Others.— Preference granted for January 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GASTON & CO., INC., v. ALFRED STORCH and Others.— Motion granted upon condition stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE F. HARRIMAN, as General Assignee, etc., v. EDWARD J. KELLY.— Preference granted for January 20, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.